# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                    Case No. 22-19132 -BKC- SMG
OWMWATIE CHOWDHURY                        Chapter 13

_____Debtor_____/
AXOS BANK F/K/A B OF I FEDERAL
BANK,

        Plaintiff,
vs.                                       Adversary Proceeding No. 22-01455-SMG

EQRAMUL CHOWDHURY

_____Defendant_____/

**TO: CLERK OF COURT**                    State Court Case No. CACE-20-013010

## TRANSMITTAL OF RECORD TO STATE COURT
## PURSUANT TO ORDER OF REMAND

DOCUMENTS TRANSMITTED:

- ✓ Certified Copy of Order of Remand Entered on 02/10/2023
- ✓ Original Bankruptcy File, Including Certified Docket
- ___ Copies of State Court Documents Filed With Removal Proceeding
- ___ Transcripts of bankruptcy hearings
- ___ **Copy of Bankruptcy File and Notice of Appeal**
- ___ Other: _____

DATE TRANSMITTED: 3/15/2023

CLERK OF COURT

By: Tanesha Graster-Thomas
     Deputy Clerk

Copies to:
Attorney for Plaintiff             Telephone: (954) 769-5700
Attorney for Defendant

------------------STATE COURT ACKNOWLEDGMENT------------------

WE HEREBY ACKNOWLEDGE RECEIPT OF THE ABOVE REFERENCED BANKRUPTCY FILE.

DATE: 3/16/23

CLERK OF COURT
By: _____
     Deputy Clerk

PLEASE RETURN COPY TO BANKRUPTCY COURT UPON COMPLETION
- ☐ 301 N. Miami Avenue, Miami, Florida 33128
- ☐ 299 E. Broward Blvd., Ft. Lauderdale, Florida 33301
- ☐ 1515 North Flagler Drive, West Palm Beach, Florida 33401

(rev. 03/09/23)